UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PRESTON LEWIS,**

     **Plaintiff,**

**v.**                                       **Case No. 3:25cv1264-MCR-HTC**

**ERIC WINSTROM,**
**CHIEF OF PENSACOLA**
**POLICE DEPARTMENT, et al.,**

     **Defendants.**

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated March 12, 2026, ECF No. 31. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 31, is adopted and incorporated by reference in this Order.

2.    Defendants' Motion to Dismiss, ECF No. 17, is **GRANTED** and Lewis's claims against the Chief of Police and Massey are **DISMISSED WITH PREJUDICE**.

3.    Plaintiff Lewis's claims against Defendants Harris and John Doe 2 are **DISMISSED WITHOUT PREJUDICE** *sua sponte* under § 1915(e)(2)(B) for failure to state a claim.

4.    The Clerk is directed to close the case file.

**DONE AND ORDERED** this 15th day of July 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**